244 F.2d 314
 UNITED STATES of America, Plaintiff-Appellee,
v.
Pasquale POLIMENI, Defendant-Appellant.
 No. 311, Docket 24455.
 United States Court of Appeals Second Circuit.
 Argued May 16, 1957.
Decided May 16, 1957.
 
 James J. Hanrahan, New York City, for defendant-appellant.
 Paul W. Williams, U.S. Atty. for the Southern Dist. of New York, New York City (Herbert M. Wachtell, Asst. U.S. Atty., New York City, of counsel), for plaintiff-appellee.
 Before CLARK, Chief Judge, and SWAN and POPE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Order affirmed in open court.